Walter H. Sweek, OSB 62092
E-mail: wsweek@cvk-law.com
James M. Maldonado, OSB 00078
E-mail: jmaldonado@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019
Attorneys for Defendant McKinley Medical LLC and Moog Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GORDON J. ADDIS,<br><br>            Plaintiff,<br>   v.<br><br>MCKINLEY MEDICAL, LLC, a Colorado corporation; MOOG, INC., a New York corporation, DJO INCORPORATED, a Delaware corporation; and DJO, L.L.C., a Deleware corporation,<br><br>            Defendants. | Case No.: 3:07 CV 1318 AA<br><br>**MCKINLEY MEDICAL LLC AND MOOG INC. MOTION TO WITHDRAW REQUEST FOR PROTECTIVE ORDER** |

Defendants McKinley Medical LLC and Moog Inc., (collectively "McKinley") file this motion to withdraw its previously filed motion for a protective order without prejudice. Counsel for plaintiff, counsel for DJO LLC and undersigned counsel have met both in person and telephonically on multiple occasions and believe that McKinley's concerns over the existing discovery requests can be resolved. As such, McKinley's motion for protective order is hereby withdrawn without prejudice. However, McKinley

///

///

Page 1 - MCKINLEY MEDICAL LLC AND MOOG INC. MOTION TO WITHDRAW REQUEST FOR PROTECTIVE ORDER

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

514876

does not withdraw its request for a Rule 16 Scheduling Conference and asks that such a conference be scheduled by the Court.

DATED: January 17, 2008

COSGRAVE VERGEER KESTER LLP

/s/ James M. Maldonado

_____
Walter Sweek, OSB 620920
James M. Maldonado OSB 00078
Telephone: (503) 323-9000
Fax: (503) 323-9019
E-mail: wsweek@cvk-law.com
E-mail: jmaldonado@cvk-law.com
Attorneys for Defendant McKinley Medical LLC and Moog Inc.
Trial Attorney: Walter Sweek OSB 620920

Page 2 - MCKINLEY MEDICAL LLC AND MOOG INC. MOTION TO WITHDRAW REQUEST FOR PROTECTIVE ORDER

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

514876

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Notice of Withdrawal of Motion for Protective Order on the date indicated below by:

☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Jeffrey B. Wihtol
620 S.W. Main Street, Suite 602
Portland, OR 97205-3024
Of Attorneys for Plaintiff Gordon J. Addis

William Kelly Olson
Scott J. Meyer
Mitchell Lang & Smith
101 SW Main Street, Suite 2000
Portland, OR 97204
Of Attorneys for DJO Inc.

DATED: January 17, 2008

/s/ James M. Maldonado

James M. Maldonado

Page 1 CERTIFICATE OF SERVICE

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

514876