Jeffrey B. Wihtol, OSB No. 78108
Jeff@WihtolLawOffice.com
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: 503-228-1210
Fax: 503-228-0016
Of Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA MCCLELLAN,<br><br>    Plaintiff,<br><br>v.<br><br>I-FLOW CORPORATION, a Delaware corporation; DJO, L.L.C., a Delaware corporation; and DJO INCORPORATED, a Delaware corporation, and PACIFIC MEDICAL, INC., a California corporation,<br><br>    Defendants. | Case No. 07-CV-1309-AA<br><br>SUPPLEMENTAL STIPULATED PROTECTIVE ORDER RE: CONFIDENTIALITY OF DISCOVERY OBTAINED FROM THE UNIVERSITY OF WASHINGTON |
| GORDON J. ADDIS,<br><br>    Plaintiff,<br><br>v.<br><br>MCKINLEY MEDICAL, L.L.C., a Colorado corporation; MOOG, INC., a New York corporation; DJO INCORPORATED, a Delaware corporation; DJO, L.L.C., a Delaware corporation; PACIFIC MEDICAL, INC., a California corporation, CURLIN MEDICAL, L.L.C., a California corporation, and CURLIN MEDICAL, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 07-CV-1318-AA |

Page 1 - SUPPLEMENTAL STIPULATED PROTECTIVE ORDER RE: CONFIDENTIALITY OF DISCOVERY OBTAINED FROM THE UNIVERSITY OF WASHINGTON

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, Oregon 97205-3024
Phone: (503) 228-1210 Fax: (503) 228-0016

Ex. 1    Page 142

Based upon the stipulation of the parties, it is hereby ORDERED as follows:

1. In addition to all of the terms and provisions of the Protective Order Re: Confidentiality Of Discovery Materials dated December 4, 2007, in the McClellan case and dated December 11, 2007, in the Addis case, it is hereby ordered that discovery obtained from the University of Washington, which may include proprietary academic research materials for ongoing research products that are not yet in the public domain, may only be disclosed by counsel in this action to an expert witness who needs to use the discovery in order to address the opinions and the basis of the opinions reached by plaintiff's experts.

IT IS SO ORDERED.

Dated this 25 day of September, 2009.

_____
Honorable Ann Aiken
United States District Court Judge

Submitted by:
Jeffrey B. Wihtol
Jeff@WihtolLawOffice.com
620 S.W. Main Street, Suite 602
Portland, OR 97205-3024
Phone: 503-228-1210
Facsimile: 503-228-0016

X:\CLIENTS\McClellan\pleadings\prot.order.supp.stip.wpd

Page 2 - SUPPLEMENTAL STIPULATED PROTECTIVE ORDER RE: CONFIDENTIALITY OF DISCOVERY OBTAINED FROM THE UNIVERSITY OF WASHINGTON

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, Oregon 97205-3024
Phone: (503) 228-1210 Fax: (503) 228-0016

Ex. 1   Page 242