Jeffrey B. Wihtol, OSB No. 78108
Jeff@WihtolLawOffice.com
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: 503-228-1210
Fax: 503-228-0016
Counsel for Plaintiffs

Robert H. Beatty-Walters, OSB No. 95449
rbw@beattywalterslaw.com
209 S.W. Oak Street, Suite 400
Portland, OR 97204-2739
Phone: 503-473-8088
Fax: 503-473-8089
Counsel for Plaintiff McClellan

David K. Miller, OSB No. 82337
dkm@miller-wagner.com
Miller & Wagner, L.L.P.
2210 N.W. Flanders St.
Portland, OR 97210
Phone: 503-299-6116
Fax: 503-299-6106
Counsel for Plaintiff McClellan

Michael L. Williams, OSB No. 784260
mwilliams@wdolaw.com
Leslie W. O'Leary, OSB No. 990908
loleary@wdolaw.com
Thomas B. Powers, OSB No. 983933
tpowers@wdolaw.com
Williams Love O'Leary & Powers, P.C.
9755 S.W. Barnes Rd., Suite 450
Portland, OR 97225-6681
Phone: 503-295-2924
Fax: 503-295-3720
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRISTINA MCCLELLAN,                                              Case No. 07-CV-1309-AA

        Plaintiff,

Page 1 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

|  |  |
|---|---|
| v. | PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS |
| I-FLOW CORPORATION, a Delaware corporation; DJO, L.L.C., a Delaware corporation; and DJO INCORPORATED, a Delaware corporation, and PACIFIC MEDICAL, INC., a California corporation, | |
| Defendants. | (Oral Argument Requested) |
| GORDON ADDIS, | Case No. 07-CV-1318-AA |
| Plaintiff, | |
| v. | |
| MCKINLEY MEDICAL, L.L.C., a Colorado corporation; MOOG, INC., a New York corporation; DJO INCORPORATED, a Delaware corporation; DJO, L.L.C., a Delaware corporation; PACIFIC MEDICAL, INC., a California corporation, CURLIN MEDICAL, L.L.C., a California corporation, and CURLIN MEDICAL, INC., a Delaware corporation, | |
| Defendants. | |

## L.R. 7.1 CERTIFICATION

Counsel for plaintiff certifies that a good faith effort has been made through personal and telephone conferences to resolve the dispute that is the subject of this motion, and has been unable to do so.

Page 2 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

### 1. MOTION TO TERMINATE OR LIMIT THE DEPOSITION OF DR. FREDERICK MATSEN

Plaintiff moves for an order terminating the "general causation" deposition of Dr. Frederick Matsen.[1] Alternatively, plaintiff moves for an order limiting defendants to no more than an additional 30 minutes of deposition questioning of Dr. Matsen.

### 2. MOTION TO RELIEVE DR. MATSEN, HIS RESEARCH TEAM, AND THE UNIVERSITY OF WASHINGTON OF THE OBLIGATION OF FURTHER PRODUCTION OF DISCOVERY UNTIL 30 DAYS PRIOR TO COMMENCEMENT OF TRIAL

Plaintiff moves for an Order protecting Dr. Matsen, his chondrolysis research team, and the University of Washington from further undue burden, expense, and harassment by relieving them of any obligation of further production of discovery regarding their chondrolysis research and Dr. Matsen's role as an expert witness in certain pain pump cases until 30 days prior to commencement of any trial in which Dr. Matsen has been designated as an expert.

### 3. MOTION TO QUASH SUBPOENAS ISSUED BY BREG, INC. TO FREDERICK A. MATSEN, III, M.D., CHARLES L. BECK, M.D., THE *JOURNAL OF BONE AND JOINT SURGERY*, AND THE *AMERICAN JOURNAL OF SPORTS MEDICINE*

Plaintiff moves for an Order quashing the Subpoenas issued by Breg, Inc. to Frederick Matsen-University of Washington Medical Center, *Journal of Bone and Joint Surgery*, The *American Journal of Sports Medicine*, and Charles L. Beck to avoid undue burden and expense.

---

[1] The parties have jointly characterized the discovery depositions of Dr. Matsen on all topics other than the specific cause of plaintiff's glenohumeral chondrolysis as the "general causation" deposition.

Page 3 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

Motions 1 and 2 are based upon: Fed. R. Civ. P. 26(b)(2)(C) and 26(c)(1); the Memorandum In Support Of Plaintiff's Motion For Protective Orders To Limit Further Discovery Of Frederick A. Matsen, III, M.D.; and, the Declaration Of Jeffrey B. Wihtol In Support Of Plaintiff's Motion For Protective Orders To Limit Further Discovery Of Frederick A. Matsen, III, M.D.

Motion 3 is based upon: Fed. R. Civ. P. 45(c)(1) and (3); the Memorandum In Support Of Plaintiff's Motion For Protective Orders To Limit Further Discovery Of Frederick A. Matsen, III, M.D. And To Quash Subpoenas; and the Declaration Of Jeffrey B. Wihtol In Support Of Plaintiff's Motion For Protective Orders To Limit Further Discovery Of Frederick A. Matsen, III, M.D. And To Quash Subpoenas.

Dated this 15th day of March, 2010.

Respectfully submitted,

s/ Jeffrey B. Wihtol_____
Jeffrey B. Wihtol, OSB #78108
Jeff@WihtolLawOffice.com
620 S.W. Main Street, Suite 602
Portland, OR 97205-3024
Telephone: 503-228-1210
Facsimile: 503-228-0016
Of Attorneys for Plaintiff

Page 4 -   PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFF'S MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. was served upon the following named person(s):

| | |
|---|---|
| Eric Neiman, Esq. | eneiman@williamskastner.com |
| Heather Van Meter, Esq. | hvanmeter@williamskastner.com |
| Williams, Kastner & Gibbs | |
| 888 S.W. 5th Avenue, Suite 600 | |
| Portland, OR 97204 | |

| | |
|---|---|
| Jeffrey Singer, Esq. | jsinger@smsm.com |
| Paul E. Wojcicki, Esq. | pwojcicki@smsm.com |
| Mark Crane, Esq. | mcrane@smsm.com |
| Segal McCambridge Singer & Mahoney | |
| 233 S. Wacker Drive, Suite 5500 | |
| Chicago, IL 60606 | |

*Of Attorneys for I-Flow Corporation*

| | |
|---|---|
| Paul Silver, Esq. | psilver@lindsayhart.com |
| Jay W. Beattie, Esq. | jbeattie@lindsayhart.com |
| Lindsay, Hart, Neil & Weigler, LLP | |
| 1300 S.W. Fifth Avenue, Suite 3400 | |
| Portland, OR 97201-5640 | |

| | |
|---|---|
| Pamela B. Goldsmith, Esq. | pgoldsmith@harrisbeach.com |
| Frederick H. Fern, Esq. | ffern@harrisbeach.com |
| Judi Abbott Curry | jcurry@harrisbeach.com |
| Konrad F. Payne | kpayne@harrisbeach.com |
| Harris Beach PLLC | painpumplit@harrisbeach.com |
| 100 Wall Street | |
| New York, NY 10005 | |

*Of Attorneys for Defendants McKinley Medical, L.L.C., Moog, Inc., Curlin Medical, L.L.C., and Curlin Medical, Inc.*

Page 5 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210  Fax: (503) 228-0016

Wm. Kelly Olson, Esq.  kolson@mls-law.com
Scott J. Meyer, Esq.  smeyer@mls-law.com
Mitchell Lang & Smith
101 S.W. Main Street, Suite 2000
Portland, OR  97204
    *Of Attorneys for Donjoy Corporation, DJ Orthopedic*
    *Corporation, DJO Corporation, and Pacific Medical, Inc.*

Sara Miller, Esq.  smiller@mpplaw.com
Roger G. Perkins, Esq.  rperkins@mpplaw.com
Morris Polich & Purdy, L.L.P.
501 West Broadway #500
San Diego, CA 92101

Claudio E. Molteni, Esq.  molteni@bscr-law.com
Patrick Lysaught, Esq.  lysaught@bscr-law.com
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing, Suite 500
Kansas City, MO 64108
    *Of Attorneys for Donjoy Corporation, DJ Orthopedic*
    *Corporation, and DJO Corporation*

John P. Hayes, Esq.  jhayes@forsberg-umlauf.com
Forsberg &Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2047
    *Of Attorneys for Pacific Medical, Inc.*

Robert H. Beatty-Walters, Esq.  rbw@beattywalterslaw.com
209 S.W. Oak St., Suite 400
Portland, OR 97204-2739

David K. Miller, Esq.  dkm@miller-wagner.com
Miller & Wagner, L.L.P.
2210 N.W. Flanders St.
Portland, OR 97210

Page 6 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

      Michael L. Williams, Esq.        mwilliams@wdolaw.com
      Leslie W. O'Leary, Esq.        loleary@wdolaw.com
      Thomas B. Powers, Esq.        tpowers@wdolaw.com
      Williams Love O'Leary & Powers, P.C.
      9755 S.W. Barnes Rd., Suite 450
      Portland, OR 97225-6681
         *Of Attorneys for Plaintiff*

on the date indicated below by means of electronic filing notification.

      Dated: March 15, 2010.

                         s/ Jeffrey B. Wihtol_____
                         JEFFREY B. WIHTOL, OSB No. 78108
                         Jeff@WihtolLawOffice.com
                         Attorney for Plaintiffs

Page 7 - PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDERS TO LIMIT FURTHER DISCOVERY OF FREDERICK A. MATSEN, III, M.D. AND TO QUASH SUBPOENAS

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016